COM.

v.

**WAYNE, D.**

**3228 EDA 2014**

Superior Court of Pennsylvania.

05/01/2017

CP–51–CR–0005231–2011 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**POOLE, P.**

**1913 EDA 2016**

Superior Court of Pennsylvania.

05/01/2017

CP–51–CR–0327791–1990 (Philadelphia)

Affirmed

COM.

v.

**REPOTSKI, C.**

**2788 EDA 2016**

Superior Court of Pennsylvania.

05/01/2017

Reargument Denied 7/11/2017

CP–46–CR–0001643–2011 (Montgomery)

Quashed

**BUCKLEY, C.**

v.

**BUCKLEY, J.**

**2158 MDA 2015**

Superior Court of Pennsylvania.

05/01/2017

13–19530
(Berks)

Affirmed